# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147913

FAY LATTURE,
    Plaintiff-Appellee,

v

LARRY EMMERLING,
    Defendant,
and

REBECCA FREIFELD,
    Defendant-Appellant,
and

JULIE KEYES,
    Defendant-Appellee,
and

DIANE REED,
    Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147913
COA: 304833
Genesee CC: 07-086680-NZ

On order of the Court, the application for leave to appeal the September 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk